FILED

12 FEB 28 AM 8:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR4778-IEG |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE AND JUDGMENT OF DISMISSAL |
| FABIAN BIRD LAMY, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to Defendant Fabian Bird Lamy. All pending hearing dates are vacated.

DATED:

February 27, 2012

_____
HON. ROGER T. BENITEZ *for*
HON. IRMA E. GONZALEZ
United States District Judge

Presented by:

LAURA E. DUFFY
United States Attorney

/s/ Timothy C. Perry
TIMOTHY C. PERRY
Assistant U.S. Attorney